1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KENNETH HAINES,

11              Plaintiff,                    No. CIV S-10-3212 EFB P

12        vs.

13   JOHN R. RODRIGUEZ,

14              Defendant.                    <u>ORDER</u>

15   _____/

16        Plaintiff is confined in a county jail and is proceeding without counsel in an action

17   brought under 42 U.S.C. §1983.

18        To proceed with a civil action a plaintiff must pay the $350 filing fee required by 28

19   U.S.C. § 1914(a) or request leave to proceed *in forma pauperis* and submit the affidavit and trust

20   account statement required by 28 U.S.C. § 1915(a).

21        Plaintiff has neither paid the fee nor submitted a proper application for leave to proceed

22   in forma pauperis.

23        Accordingly, plaintiff has 30 days from the date of service of this order to submit either

24   the filing fee or the application required by § 1915(a).  The Clerk of the Court is directed to mail

25   ////

26   ////

1

1  to plaintiff a form application for leave to proceed in forma pauperis.  Failure to comply with this

2  order will result in a recommendation that this action be dismissed.

3           So ordered.

4  DATED:  December 22, 2010.

           EDMUND F. BRENNAN
           UNITED STATES MAGISTRATE JUDGE

2